OCTOBER 4, 2012

No. 11–1351.  LEVIN *v.* UNITED STATES ET AL.  C. A. 9th Cir.  [Certiorari granted, 567 U. S. 968.]  James A. Feldman, Esq., of Washington, D. C., is invited to brief and argue this case as *amicus curiae* in support of petitioner.